IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Diamond S. J. Enterprise, Inc., | NO. C 06-05508 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| City of San Jose, et al., | |
| Defendants. | |

A Case Management Conference in this matter was scheduled for December 18, 2006. On its own motion, the Court continues the Case Management Conference to **January 29, 2007 at 10 AM**, the same day as the hearing on Defendants' Motion to Dismiss. The parties shall submit a joint Case Management Statement by **January 19, 2007**.

Dated:  December 13, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@ci.sj.ca.us

**Dated:  December 13, 2006**                                        **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California