United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Diamond S. J. Enterprise, Inc., | NO. C 06-05508 JW |
|       Plaintiff, | **ORDER CONTINUING HEARING ON MOTION AND CASE MANAGEMENT CONFERENCE** |
|   v. | |
| City of San Jose, et al., | |
|       Defendants. | |

On its own motion, the Court continues the hearing on Defendants' Motion to Dismiss and the case management conference presently scheduled on January 29, 2007 to **February 26, 2007** at 9 a.m. and 10 a.m., respectively.

Dated: January 16, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@ci.sj.ca.us

Christopher J. D'Anjou
Law Offices of Anthony E. Pagkas
1570 The Alameda, Suite 215
San Jose, CA 95126

**Dated:  January 16, 2007**                              **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California