ANTHONY E. PAGKAS, State Bar No. 186112
CHRISTOPHER D'ANJOU, State Bar No. 234299
THE LAW OFFICE OF ANTHONY E. PAGKAS
75 E. Santa Clara St., Suite 1210
San Jose, CA 95113
Telephone: (408) 291-5401
Facsimile: (408) 291-5302

Attorney for Plaintiffs

IT IS SO ORDERED AS MODIFIED
Judge James Ware
11/29/2007

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DIAMOND S.J. ENTERPRISE, Inc., and JENNY WOLFES (as C.E.O of Diamond S.J. Enterprise, and in her individual capacity),<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, SAN JOSE POLICE SARGENT BRIAN KNIES, SAN JOSE POLICE SARGENT JASON TA, SAN JOSE POLICE OFFICER A. GUARDUCCI (I.D. No. 3163) and DOES 1-200<br><br>Defendants. | Case No. C-06-05506 JW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DISCOVERY AND MODIFICATION OF SCHEDULING ORDER** |

　　　　Plaintiffs DIAMOND S.J. ENTERPRISE, et al. and defendant CITY OF SAN JOSE, et al. through their respective attorneys, hereby stipulate to the following regarding extending the discovery and modification of the present Scheduling Order:

1.　　That due to unanticipated setbacks in discovery, the parties agree that the current deadlines from the Court's February 26, 2007 Scheduling Order need to be modified per the proposed modified schedule below. Essentially, the Plaintiffs have a significant number of hours of video recordings that may be relevant to Plaintiffs' 42 U.S.C. §1983 claim. The parties agree that the Defendants' would be prejudiced without this

1

information, and due to the voluminous nature of the captured videos, Plaintiffs' have been reviewing said video to provide defendants with the captured conduct that is relevant to her claim. Additionally, counsel for Defendants is a number of trials, which has in essence prevented him from conducting additional discovery e.g. depositions. This is the first request for modification of the Scheduling Order.

2. Due to the unanticipated discovery setback from the significant number of hours of video capture and defense counsel's trials, the parties propose that the February 26, 2007 Scheduling Order be modified as follows. Should the court need to move these dates back even further for its own scheduling purposes, the parties are amenable to such modification.

**Proposed Modified Case Schedule**

| | |
|---|---|
| Close of All Discovery (Original Date 11/19/07) | March 17, 2008 |
| Last Date for Hearing Dispositive Motions (Original Date 01/21/2008) | May 23, 2008 |
| Preliminary Pretrial Conference and Trial Setting Conference (Original Date March 24, 2008) | July 11, 2008 |
| Preliminary Pretrial Statement Due (Original Date March 14, 2008 | July 1, 2008 |

IT IS SO STIPULATED.

Dated: November ___, 2007

SAN JOSE CITY ATTORNEY

_See Attached_
Cliff Greenberg, Esq.
Attorneys for Defendants

Dated: November 20, 2007

THE LAW OFFICE OF ANTHONY PAGKAS

_[signature]_
Christopher J. D'Anjou, Esq.
Attorneys for Plaintiff

2

Stipulation Extending Time for Discovery and Modification of Scheduling Order

Case No. C-06-05506 JW

information, and due to the voluminous nature of the captured videos, Plaintiffs' have been reviewing said video to provide defendants with the captured conduct that is relevant to her claim. Additionally, counsel for Defendants is a number of trials, which has in essence prevented him from conducting additional discovery e.g. depositions. This is the first request for modification of the Scheduling Order.

2. Due to the unanticipated discovery setback from the significant number of hours of video capture and defense counsel's trials, the parties propose that the February 26, 2007 Scheduling Order be modified as follows. Should the court need to move these dates back even further for its own scheduling purposes, the parties are amenable to such modification.

### Modified Case Schedule

| | |
|---|---|
| Close of All Discovery (Original Date 11/19/07) | March 17, 2008 |
| Last Date for Hearing Dispositive Motions (Original Date 01/21/2008) | May 19 2008 |
| Preliminary Pretrial Conference and Trial Setting Conference (Original Date March 24, 2008) | February 25, 2008 at 11:00 AM |
| Preliminary Pretrial Statement Due (Original Date March 14, 2008 | February 15, 2008 |

IT IS SO STIPULATED.

Dated: November __, 2007

SAN JOSE CITY ATTORNEY

Cliff Groenberg, Esq.
Attorneys for Defendants

Dated: November ___, 2007

THE LAW OFFICE OF ANTHONY PAGKAS

Christopher J. D'Anjou, Esq.
Attorneys for Plaintiff

2

Stipulation Extending Time for Discovery and Modification of Scheduling Order

Case No. C-06-05506 JW

**IT IS SO ORDERED.**

Dated: __November 29__, 2007

IT IS SO ORDERED
AS MODIFIED
*/s/ James Ware*
Judge James Ware

_____
Hon. James Ware

3