

RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE,
SAN JOSE POLICE DEPARTMENT, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ FACILITY

| | |
|---|---|
| DIAMOND S.J. ENTERPRISE, INC., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendant(s). | Case Number:  C-06-05508 JW<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE TRIAL PAPERS; AND [PROPOSED] ORDER** |

THE PARTIES HERETO JOINTLY APPLY FOR A TWO WEEK EXTENSION OF TIME IN WHICH TO FILE THE PRETRIAL CONFERENCE STATEMENT AND OTHER PRETRIAL PAPERS, BASED ON THE FOLLOWING:

1.  This case involves allegations that San Jose Police officers engaged in harassing actions against Plaintiff's employees in retaliation for Plaintiff's video taping of the officers' conduct.  Such alleged harassment includes threats and excessive police attention.

2. This case is set for trial on June 24, 2008.  A Pretrial Conference is scheduled for June 2, 2008.  The Joint Pretrial Conference Statement, *in limine* motions, and proposed jury instructions are due to the Court on May 2, 2008.

3.  The parties have been actively pursuing settlement of the lawsuit, as well as a lawsuit filed in State Court, and have had numerous meetings involving various officials of the

1  Police Department.  A further meeting, at which the parties intend to ascertain finally whether
2  a settlement is possible, is scheduled for Monday May 5, 2008 at 12:30 p.m.
3      4.  The parties wish to devote their efforts to resolution and ask the Court to extend the
4  deadline for filing pre-trial papers for two weeks, in order to determine whether the case can
5  be settled.
6      5.  For these reasons, the parties request that the date for pre-trial submissions be
7  extended to May 16, 2008.

10  DATED:    May 2, 2008           RICHARD DOYLE, City Attorney

12                                  By:   /s/ Clifford S. Greenberg
                                          CLIFFORD S. GREENBERG
                                          Senior Deputy City Attorney

14                                  Attorneys for Defendants CITY OF SAN
                                    JOSÉ, et al.

15  DATED:    May 2, 2008           LAW OFFICES OF ANTHONY PAGKUS

17                                  By:   /s/ Christopher D'Anjou
                                          CHRISTOPHER D'ANJOU

18                                  Attorneys for Plaintiffs DIAMOND S.J.
                                    ENTERPRISE, INC., et al.,

[PROPOSED] ORDER

23  IT IS HEREBY ORDERED that the deadline for filing Pre-Trial Submissions, is
24  extended to May 16, 2008.

25  DATED:    May 2, 2008           _____
                                    THE HONORABLE JAMES WARE
                                    UNITED STATES DISTRICT COURT

APPLICATION FOR EXTENSION OF              2                                478726
TIME TO FILE TRIAL PAPERS; AND
[PROPOSED] ORDER -  C-06-05508 JW