1   ANTHONY E. PAGKAS, State Bar No. 186112
    CHRISTOPHER D'ANJOU, State Bar No. 234299
2   THE LAW OFFICE OF ANTHONY E. PAGKAS
    75 E. Santa Clara St., Suite 1210
3   San Jose, CA 95113
    Telephone: (408) 291-5401
4   Facsimile: (408) 291-5302

5   Attorneys for Plaintiffs

6

7

IT IS SO ORDERED

*James Ware*

Judge James Ware

8                UNITED STATES DISTRICT COURT
    IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN JOSE DIVISION

10

11  DIAMOND S.J. ENTERPRISE, Inc., and          Case No. C-06-05508 JW
    JENNY WOLFES (as C.E.O of Diamond S.J.
12  Enterprise, and in her individual capacity),  **STIPULATION AND ORDER
                                                   DISMISSING COMPLAINT WITHOUT
13              Plaintiffs,                        PREJUDICE**

14  vs.

15
    CITY OF SAN JOSE, SAN JOSE POLICE
16  DEPARTMENT, SAN JOSE POLICE
    SARGENT BRIAN KNIES, SAN JOSE
17  POLICE SARGENT JASON TA, SAN JOSE
    POLICE OFFICER A. GUARDUCCI (I.D.
18  No. 3163). SAN JOSE POLICE OFFICER
    BOLLENDORF (I.D. No. 3212), SAN JOSE
19  POLICE OFFICER T. MORENO (I.D. No.
    3454) and DOES 1-200
20
                Defendants.
21

22          Plaintiffs DIAMOND S.J. ENTERPRISE, et al. and defendant CITY OF SAN JOSE, et

23  al. through their respective attorneys, hereby stipulate to the following regarding dismissal of the

24  Complaint without prejudice in the above-entitled matter:

25  1.      This matter involves claims made under 42 U.S.C. §1983 against The City of San Jose

26          and the defendant San Jose Police Officers for retaliation, including allegations that the

27          San Jose Police Officers engaged in harassing actions against Plaintiff and her

28          employees' in retaliation for Plaintiffs' video taping of the officers' conduct.  Such

                                        1

alleged harassment includes threats and excessive police attention.  On April 18, 2008, the Court issued an Order granting Plaintiffs Leave to Amend their complaint.  On April 18, 2008, Plaintiffs filed a First Amended Complaint.

2. Throughout the litigation, the parties have been actively pursuing a resolution of the lawsuit, as well as a lawsuit filed in Santa Clara County Superior Court, and have had numerous meetings involving various officials at the San Jose Police Department.

3. In a desire to resolve the above-entitled matter, the parties through their counsel agree to dismiss the Complaint on file herein in the above-entitled matter without prejudice, each side to bear its own costs and attorneys fees.

4. The parties further agree that the intent of this stipulation is to allow the parties to endeavor to gain a "fresh start," and attempt to work together to resolve the issues set forth in the Complaint in this matter.  This stipulation does not require the City of San Jose or defendant San Jose Police officers to engage in any specific conduct.  Nothing in this stipulation shall prevent or preclude the Plaintiffs from unilaterally bringing a lawsuit in the future based on the conduct set forth in the Complaint in the above-entitled matter or any conduct that occurs in the future by San Jose Police officers.  The Defendants further agree that this stipulation and the dismissal of the Complaint of the above-entitled matter without prejudice shall not be used as a defense or procedural bar to any lawsuit brought by Plaintiffs in the future that is in any way related to the allegations contained in the Complaint being dismissed herein.

IT IS SO STIPULATED.

Dated: May 15, 2008

SAN JOSE CITY ATTORNEY

/S/ Cliff Greenberg

_____
Cliff Greenberg,  Esq.
Attorneys for Defendants

2

Dated: May 15, 2008                        THE LAW OFFICE OF ANTHONY PAGKAS

                                           /S/ Anthony Pagkas
                                           _____
                                           Anthony E. Pagkas, Esq.
                                           Attorneys for Plaintiffs

                                    **[Proposed Order]**

     It is hereby ordered that the Complaint in above-entitled matter shall be dismissed

without prejudice, each side to bear its own costs and attorneys fees.  All scheduled dates in the

above-entitled matter are vacated by this Order.

**IT IS SO ORDERED.**

     The Clerk shall close this file.

Dated: May __16__, 2008

_____
The Honorable James Ware
United States District Court

Stipulation Dismissing Complaint Without Prejudice                    Case No. C-06-05508 JW